IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANKIE L. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3340 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

**SUE E. MYERSCOUGH, U.S. DISTRICT JUDGE:**

This matter comes before the Court on the Report and Recommendation (d/e 13) of United States Magistrate Judge Eric I. Long.  Judge Long recommends that this Court affirm the Commissioner's decision to deny Plaintiff's request for disability benefits.

On January 26, 2026, Plaintiff filed his Objections to the Report and Recommendation (d/e 14).  Defendant filed a Response to Plaintiff's Objection (d/e 15) on February 9, 2026.

In reviewing disability cases, courts should "defer[ ] to the presiding ALJ, who has seen the hearing up close." *Biestek v.*

*Berryhill,* 139 S.Ct. 1148, 1151 (2019). The district court's role is "limited to ensuring that substantial evidence supported the ALJ's decision and that the ALJ applied the correct legal standards." *Morales v. O'Malley,* 103 F.4th 469, 472 (7th Cir. 2024).

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Here, Plaintiff objects to Judge Long's Report and Recommendation because Plaintiff argues that the ALJ did not apply the correct legal standard as it relates to the evaluation of Plaintiff's subjective complaints of symptoms.

The Court has thoroughly reviewed Magistrate Judge Long's Report and Recommendation, Plaintiff's objections to the Report and Recommendation, and Defendant's response to Plaintiff's objections. Applying a de novo review, the Court agrees with Magistrate Judge Long's recommendations and the analysis underlying those recommendations. In particular, this Court finds that the ALJ properly analyzed Plaintiff's subjective symptoms in a manner consistent with the applicable legal standards under SSR 16-3p and 20 C.F.R. § 416.929.

For these reasons, Plaintiff's Objections (d/e 14) are OVERRULED, Magistrate Judge Long's Report and recommendation (d/e 13) is ACCEPTED and ADOPTED, and the Commissioner's decision is AFFIRMED.  The Clerk is directed to enter judgment and close this case.

**IT IS SO ORDERED.**
**ENTERED: March 4, 2026.**
**FOR THE COURT**

                                            */s/ Sue E. Myerscough*
                                            **SUE E. MYERSCOUGH**
                                            **UNITED STATES DISTRICT JUDGE**